tory judgment without a hearing on the merits. Plaintiff appears to address itself here to the adequacy of a declaratory judgment action as a remedy when construction of a contract is in dispute. We must agree that declaratory judgment was a proper remedy to pursue.

However, when the circuit court allowed defendant's motion to strike and dismiss, impliedly it found that plaintiff was not entitled to the relief requested as a matter of law. The record supports a finding that the agreement pleaded by plaintiff in its complaint did not benefit plaintiff's property. Furthermore, plaintiff has pleaded nothing further upon which the relief requested, at least under the laws of this state, could be predicated. This being so, there was no abuse of discretion by the court below.

Order affirmed.

DEMPSEY and McNAMARA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANDREW PRIM, Defendant-Appellant.

(No. 55025;

First District (3rd Division)—December 14, 1972.

PER CURIAM.

Frederick F. Cohn and Carolyn Jaffee, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.